**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02429-STV

MIGUEL PENA TRUJILLO,

     Petitioner,

v.

JUAN BALTASAR, Warden,
GEORGE VALDEZ,
TODD LYONS, and
ATTORNEY GENERAL,

     Respondents.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order entered by United States Chief Magistrate Judge Scott T.

Varholak on July 8, 2026, it is

     ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241 [#1] is DENIED as moot and this action is DISMISSED WITHOUT

PREJUDICE for lack of jurisdiction.

     DATED at Denver, Colorado, this 8th day of July, 2026.

                        FOR THE COURT:
                        Jeffrey P. Colwell, Clerk

                        s/S. Chaplin
                        Deputy Clerk